STATE *ex rel.* MRS. S. R. COLLINS, S. VARN, and D. O. CARSON as Members of the Board of Trustees of Special Tax School District No. 1 of Hernando County, v. J. M. ROGERS, as Chairman and Member of the Board of Public Instruction of Hernando County, JAY JERNIGAN and ROY MOUNTAIN as Members and Constituting the Board of Public Instruction of .Hernando County. ·

190 So. 701

En Banc

Opinion Filed July 28, 1939

*Clyde H. Lockhart,* for Plaintiffs in Error ;
*Coogler &. Coogler,* for Defendants in Error.

PER CURIAM.—In mandamus proceedings the alternative writ was quashed September 6, 1938. A writ of error was taken March 6, 1939, which was not "within six months from the date of" the order quashing the alternative writ. Sec. 4619 C. G. L. Simmons v. Hanne, 50 Fla. 267, 39 So. ·77, 7 Ann. Cas. 322. The order quashing the alternative writ is not a final judgment. State *ex rel.* Rhodes v. Goodson, *et al.,* Liberty County Commissioners, 65 Fla. 475, 62 So. 481.

The writ of error is dismissed.

TERRELL, C. J., and WHITFIELD, BUFORD, CHAPMAN and THOMAS, J. J., concur.

Justice BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.